IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA WATTS,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>KILOLO KIJAKAZI, *Acting*    )<br>*Commissioner of Social Security*,    )<br>    Defendant.    ) | CIVIL ACTION NO. 2:22-00326-N |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Linda Watts, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Watts's applications for Social Security benefits.

**DONE** this the **28th** day of **September 2023**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**